NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RANDY MARQUARDT,                    )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D18-2861
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____)

Opinion filed January 23, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Lee County; J. Frank Porter,
Judge.

Randy Marquardt, pro se.


PER CURIAM.


        Affirmed.  See Ratliff v. State, 914 So. 2d 938 (Fla. 2005); Enriquez v.

State, 885 So. 2d 892 (Fla. 3d DCA 2004).


NORTHCUTT, SLEET, and SALARIO, JJ., Concur.